IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3023 |
| vs. | |
| JENNIFER A. ROSENBLATT, | ORDER |
| Defendant. | |

Defense counsel needs additional time to review the voluminous discovery in this case. After conferring with counsel, and with the government's consent,

IT IS ORDERED:

1) A status conference will be held before the undersigned magistrate judge at 2:00 p.m. on September 18, 2018 in chambers to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2) The court finds that the time between today's date and September 18, 2018 is excluded in any computation of time under the Speedy Trial Act because this case remains "unusual and complex," and is exempted from the time restrictions of that Act, 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge