IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18CR3023 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER A. ROSENBLATT, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's Unopposed Motion to Continue Sentencing (filing 37) is granted.

2. Defendant Jennifer A. Rosenblatt's sentencing is continued to February 19, 2019, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 28th day of January, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge